(123 So. 265)
Floyd BRUCE v. STATE. (3 Div. 896.)

Supreme Court of Alabama. June 27, 1929.

E. T. Graham, of Montgomery, and F. M. de Graffenried, of Seale, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM. Petition of Floyd Bruce for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Bruce v. State, 123 So. 263. Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.